**SAO**
Joseph R. Ganley (5643)
Z. Kathryn Branson (11540)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:    (702) 385-2086
jganley@hutchlegal.com
kbranson@hutchlegal.com

*Attorneys for defendant/counterclaiamnt*
*Zhiyuan (Charles) Cheng*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALTAIRNANO, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHIYUAN (CHARLES) CHENG, an individual,<br><br>Defendant.<br>_____<br><br>ZHIYUAN (CHARLES) CHENG, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>ALTAIRNANO, INC., a Nevada corporation; ZHUHAI YINTONG ENERGY CO., LTD.; a Chinese company; YINCANG WEI, an individual; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants.<br>_____ | Case No.:   3:11-cv-00735-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR COMPLIANCE WITH FRCP 26 PENDING SETTLEMENT (FIRST REQUEST)** |

It is hereby stipulated, by and between plaintiff/counterdefendant Altairnano, Inc. ("Altairnano") and defendant/counterclaimant Zhiyuan (Charles) Cheng ("Mr. Cheng"), that the

foregoing have reached a tentative settlement of all issues presented in this case as to all parties, and as such, agree to extend all requirements of FRCP 26 (excluding 26(f) because the parties have already met and conferred) to February 1, 2012, and to stay this case in its entirety pending finalization of the settlement papers, to be completed no later than February 1, 2012[1].

| HUTCHISON & STEFFEN, LLC | PARR BROWN GEE & LOVELESS, P.C. |
|---|---|

/s/ Joseph R. Ganley
Joseph R. Ganley (5643)
Z. Kathryn Branson (11540)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for defendant/counterclaiamnt Zhiyuan (Charles) Cheng*

/s/ Jeffrey J. Hunt
Jeffrey J. Hunt (UT bar 5855)(*Pro hac vice*)
David C. Reymann (UT bar 8495)(*Pro hac vice*)
Austin J. Riter (UT bar 11755)(*Pro hac vice*)
185 South State Street, Suite 800
Salt Lake City, UT 84111

*Attorneys for plaintiff/counterdefendant Altairnano, Inc.*

MOLOF & VOHL

/s/ Lee S. Molof
Lee S. Molof (627)
Robert Vohl (2316)(*Pro hac vice*)
301 Flint Street
Reno, Nevada 89501

*Attorneys for plaintiff/counterdefendant Altairnano, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2012.

---

[1] The remaining counterdefendants, Zhuhai Yintong Energy Co., LTD and Yincang Wei, have yet to be served with Mr. Cheng's counterclaim or to appear in this case. Because the settlement reached will resolve all issues set forth in both the complaint and counterclaim for all parties, and because these counterdefendants have not yet been served, the parties respectfully submit that their participation in this stipulation is unnecessary.